# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tonita Cervantes, | ) |
| Plaintiff, | ) **ORDER OF RECUSAL** |
| vs. | ) |
| Morton County, North Dakota; et al., | ) Case No.: 1:22-cv-211 |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 455(a), I recuse myself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court